# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00137-CV

**Texas Department of Public Safety, Appellant**

**v.**

**Susan Erard-Coupe, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT NO. 00-3459, HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING

**PER CURIAM**

Appellant Texas Department of Public Safety has filed a motion to dismiss the appeal, to which appellee Susan Erard-Coupe has no objection. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(2).

Before Justices Kidd, B. A. Smith and Puryear

Dismissed on Appellant's Motion

Filed:  April 26, 2001

Do Not Publish